ACCEPTED
12-14-00323-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/17/2015 10:29:32 AM
Pam Estes
CLERK

# M. KEITH DOLLAHITE
### A PROFESSIONAL CORPORATION

M. KEITH DOLLAHITE
Attorney at Law

THE TRAILS
5457 DONNYBROOK AVENUE
TYLER, TEXAS 75703
TEL (903) 581-2110
FAX (903) 581-2113

RECEIVED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/17/2015 10:29:32 AM
PAM ESTES

**FILED**
11/17/2015
Twelfth Court of Appeals
Pam Estes
Clerk

November 17, 2015

Ms. Pam Estes
Clerk, Twelfth Court of Appeals
1517 West Front Street Suite 354
Tyler, Texas 75702

Re:    No. 12-14-00323-CV; *David Tubb, et al. v. Aspect International, Inc., et al.*

Dear Ms. Estes:

I'm writing to provide the citation to a case on repudiation that I mentioned today in oral argument, which is not cited in the briefs. The case is *Adams v. Eastex Fin. Co.*, 379 S.W.2d 355 (Tex. Civ. App. – Tyler 1964, no writ).

Thank you for your assistance in providing this information to the Court.

Sincerely yours,

M. Keith Dollahite

MKD:jrc
Enclosures

cc:    Mr. Greg Smith
       Mr. Trey Yarbrough